# THE MARKS LAW FIRM, P.C.

August 4, 2025

**SO ORDERED**

**FILED VIA ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

The conference scheduled for August 14, 2025, is adjourned to September 16, 2025, at 10:00 a.m.

*George B. Daniels* (signature)

Discovery plan is due September 8, 2025

AUG 0 6 2025

HON. GEORGE B. DANIELS

RE: **Brown v. Red House Restaurant, Inc., et al.**
Index: 1:25-cv-05625 (GBD)

Dear Judge Daniels,

Pursuant to Section II(C) of Your Honor's Individual Part Rules and Practices ("Requests for Adjournments and/or Extensions of Time"), Plaintiff respectfully requests an adjournment of the Initial Conference from **August 14, 2025** to **September 15, 2025**, along with an extension of the deadline to submit a joint Proposed Discovery Plan from **August 7, 2025** to **September 8, 2025**, in accordance with Your Honor's Order dated July 10, 2025 [Dkt. 5].

Plaintiff makes this request because, to date, Defendants have not appeared, answered, moved, or otherwise contacted Plaintiff's office, despite our attempts to contact them via mail, telephone, and email.

As to Defendant Red House Restaurant, Inc. ("Red House"), our office has mailed courtesy copies of the pleadings directly to the premises and to other publicly available addresses in an effort to notify them of this action and encourage their participation in the litigation. To date, however, we have not received any response.

As to Defendant BDS Associates, LLC ("BDS"), after conducting due diligence, our office contacted several attorneys who previously appeared on behalf of BDS in unrelated matters identified through a NYSCEF search, in an effort to obtain updated contact information or otherwise facilitate communication with the Defendant. In addition, our office also emailed two individuals believed to be agents of BDS and is currently awaiting a response. We are continuing to follow up with both the attorneys and individuals contacted, but have not received any response to date.

In light of the foregoing, Plaintiff respectfully requests an adjournment of the Initial Conference from **August 14, 2025**, to **September 15, 2025**, and a corresponding extension of the deadline to submit a joint Proposed Discovery Plan from **August 7, 2025** to **September 8, 2025**. This adjournment and extension would provide additional time for our office to continue its efforts to communicate with both Defendants in the hope that they will appear and participate in this litigation prior to initiating default proceedings. This is Plaintiff's first request for such relief.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

## THE MARKS LAW FIRM, P.C.

We thank you and the Court for your time and consideration on this matter.

                              Respectfully Submitted,

                              The Marks Law Firm, P.C.

                        By:_____
                              Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com