# THE MARKS LAW FIRM, P.C.

August 29, 2025

**FILED VIA ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

SO ORDERED

The September 16, 2025 conference is adjourned to November 6, 2025 at 10:00 a.m.

SEP 0 2 2025

*George B. Daniels*

RE: **Brown v. Red House Restaurant, Inc., et al.**
Index: 1:25-cv-05625 (GBD)

Dear Judge Daniels,

Pursuant to Section II(C) of Your Honor's Individual Part Rules and Practices ("Requests for Adjournments and/or Extensions of Time"), Plaintiff respectfully requests a **final** adjournment of the Initial Conference from **September 16, 2025** to **October 31, 2025**, along with an extension of the deadline to submit a joint Proposed Discovery Plan from **September 8, 2025** to **October 23, 2025,** in accordance with Your Honor's Order dated August 6, 2025 [Dkt. 9].

Plaintiff makes this request because, since the last request and to date, despite multiple attempts, Defendants have neither appeared, answered, nor otherwise contacted Plaintiff's office, despite repeated outreach by mail, telephone, and email.

As to Defendant Red House Restaurant, Inc. ("Red House"), our office has continued to mail courtesy copies of the pleadings directly to the premises and to other publicly available addresses. Additionally, our office has attempted to contact Red House by telephone at the premises, but with little success. To date, we have not received any response; however, we have reason to believe that Red House is aware of this litigation, as none of our mailings have been returned.

As to Defendant BDS Associates, LLC ("BDS"), our office has continued to follow up with the attorneys who previously appeared on behalf of BDS in unrelated matters, as well as with two individuals believed to be agents of BDS, identified through our office's due diligence. To date, we have not received a response. We will continue to diligently follow up with both the attorneys and the individuals contacted, in the hope that someone can assist us in communicating with this Defendant.

In light of the foregoing, Plaintiff respectfully requests that the Initial Conference, currently scheduled for September 16, 2025, be adjourned to **October 31, 2025**, and that the corresponding deadline to submit a joint Proposed Discovery Plan be extended from September 8, 2025, to **October 23, 2025**. This adjournment and extension would provide additional time for Plaintiff's office to make final efforts to communicate with both Defendants prior to initiating default proceedings. Should Defendants fail to respond or appear in this litigation, Plaintiff intends to

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 - 3775, F: (646) 867 - 2639, brad@markslawpc.com
www.markslawpc.com

## THE MARKS LAW FIRM, P.C.

initiate default proceedings against them by **October 23, 2025**, in accordance with Your Honor's Rules and Practices. This is Plaintiff's second request for such relief.

We thank you and the Court for your time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____

Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com