# THE MARKS LAW FIRM, P.C.

October 29, 2025

**FILED VIA ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

RE: **Brown v. Red House Restaurant, Inc., et al.**
Index: 1:25-cv-05625 (GBD)

Dear Judge Daniels,

Pursuant to Section II(C) of Your Honor's Individual Part Rules and Practices ("Requests for Adjournments and/or Extensions of Time"), Plaintiff respectfully requests an adjournment of the Initial Conference from November 6, 2025 to December 5, 2025, along with an extension of the deadline to submit a joint Proposed Discovery Plan from October 30, 2025 to November 28, 2025, in accordance with Your Honor's Orders dated July 10, 2025 and September 2, 2025 [Dkt. 5 and 11]. Plaintiff makes this request because, since the last request and to date, Defendants have neither appeared, answered, nor otherwise contacted Plaintiff's office, despite repeated outreach by mail, telephone, and email.

As to Defendant Red House Restaurant, Inc. ("Red House"), on October 15, 2025, Plaintiff's counsel attempted to contact Defendant directly by phone at (212) 228-8288. An individual identifying himself as "Michael" answered the call. Plaintiff's counsel requested to speak with a manager regarding this action, and Michael advised that the manager, identified as "Eva Lin," was not present and typically comes to the restaurant once a week. When counsel asked for Ms. Lin's email address to provide relevant information concerning this matter, Michael declined to share that information. Plaintiff's office then informed Michael of this action and the applicable deadlines set by the Court, and provided contact information to be relayed to Ms. Lin. Michael indicated that Ms. Lin would contact our office to discuss the matter.

On October 17, 2025, after not hearing from Ms. Lin, we called Red House again and was advised that Ms. Lin was not present and to call the following week. Accordingly, counsel followed up on October 24, 2025. During this call, a female associate answered the phone, told us that Eva Lin was not at the restaurant, directed counsel to contact Ms. Lin on her cell phone, and then hung up without providing her cell phone number. At this point, we have not received a call back from Ms. Lin, but can confirm that Red House is aware of this action.

As to Defendant BDS Associates, LLC ("BDS"), after conducting due diligence, our office contacted several attorneys who previously appeared on behalf of BDS in unrelated matters identified through a NYSCEF search, in an effort to obtain updated contact information or otherwise facilitate communication with the Defendant. In addition, our office also emailed two individuals believed to be agents of BDS, and is currently awaiting a response. Furthermore, we

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

discovered a phone number for an individual named "Dora Shore" who was shown to be an agent/owner of BDS, and on October 24, 2025 attempted to call Ms. Shore at (718-263-9116) to discuss this matter; however, we did not receive a response and left a voice message accordingly, directing Ms. Shore to call us back.

In light of the foregoing, Plaintiff respectfully requests an adjournment of the Initial Conference from November 6, 2025, to December 5, 2025, and a corresponding extension of the deadline to submit a joint Proposed Discovery Plan from October 30, 2025, to November 28, 2025. This adjournment and extension would provide additional time for our office to continue its efforts to communicate with both Defendants, in the hope that they will appear and participate in this litigation before initiating default proceedings. This is Plaintiff's third request for such relief, with the first being granted by Your Honor on August 6, 2025 [Dkt. 9] and the second granted on September 2, 2025 [Dkt 11].

We thank you and the Court for your time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *[signature]*
Richard M. Madnick

---

The initial conference scheduled for November 6, 2025 is adjourned to December 9, 2025 at 10:00 a.m. The deadline to submit a joint Proposed Discovery Plan is extended to November 28, 2025.

**SO ORDERED:**

*[signature]*
George B. Daniels, U.S.D.J.

Dated: OCT 2 9 2025

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com